UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DELOITTE & TOUCHE, LLP<br>OVERTIME LITIGATION | No. 11 Civ. 2461 (RMB) (THK) |

**NOTICE OF FILING OF CONSENT TO BECOME
PARTY PLAINTIFF FORM ON BEHALF OF PLAINTIFF**

1. The following plaintiffs are hereby joined to the instant action by the signed Consent to be a Party Plaintiff form, true and correct copies of which are attached hereto as Exhibit A:

| | | | | |
|---|---|---|---|---|
| 1. | Ajay Nisar | | 24. | Hoiyan Jenny Fung |
| 2. | Stacey Shanahan | | 25. | Rayna Margaret Lanigan |
| 3. | Georgia Kristan | | 26. | Monika Balaguer |
| 4. | Kelly A. Drabowicz | | 27. | Kyle Edward Nyhuis |
| 5. | Craig Knaffle | | 28. | Jonathan Lootens |
| 6. | Stacie Marie Bruno | | 29. | Chandre E. G. Tillman |
| 7. | Kevin Cunha | | 30. | Sara Marie McAuley |
| 8. | Mallory VanWinter | | 31. | Michael Henry Brittain Hastings |
| 9. | Theodore Steven Dimiropoulos | | 32. | Veronica Chen |
| 10. | Amanda Jo Fore | | 33. | Taneika Taite |
| 11. | Maryanne Wanyeri | | 34. | Michael Ryan Wittmayer |
| 12. | Annie Zin Zin Wong | | 35. | Eric Wang |
| 13. | Erik Lawrence Kost | | 36. | Stephen Christopher Lynch |
| 14. | Shannon Peach | | 37. | Danielle Marie Domey |
| 15. | Laura Ann McKearnan | | 38. | Peter Taylor |
| 16. | Andrew Dyche | | 39. | Stephanie Marie Toth |
| 17. | Michael Ohm | | 40. | Amanda Catherine Schlemme |
| 18. | Akemi Matsumoto | | 41. | Hitesh Umedbhai Mistry |
| 19. | Joseph Olem | | 42. | Matthew John Robertson |
| 20. | Monica Milewski | | 43. | Gil Arbitsman |
| 21. | Sarah Lynn Bohnenkamp | | 44. | Richard Lucarini |
| 22. | Yiping Zhang | | 45. | Marcus Joseph Mullin |
| 23. | Alden Kenneth Lawrence | | 46. | Benjamin Sassoon |

2. Exhibit A has been redacted to remove individual contact information. The unredacted versions of these forms are being retained at the office of Folkenflik & McGerity at the address listed below.

Dated: March 12, 2012
New York, New York

                                              Respectfully submitted,

                                              **FOLKENFLIK & MCGERITY**

                                              By:

                                                  /s/ Max Folkenflik
                                                    Max Folkenflik

| **OUTTEN & GOLDEN LLP** | **FOLKENFLIK & MCGERITY** |
|---|---|
| Justin M. Swartz | Max Folkenflik |
| Ossai Miazad | Margaret McGerity |
| Delyanne Barros | 1500 Broadway, 21st Floor |
| 3 Park Avenue, 29th Floor | New York, NY 10036 |
| New York, New York 10016 | Telephone: (212) 757-0400 |
| Telephone: (212) 245-1000 | |
| | |
| **WYNNE LAW FIRM** | **HOFFMAN & LAZEAR** |
| Edward J. Wynne* | H. Tim Hoffman* |
| 100 Drakes Landing Road, Suite 275 | 180 Grand Avenue, Suite 1550 |
| Greenbrae, CA 94904 | Oakland, California 94612 |
| Telephone: (415) 461-6400 | Telephone: (510) 763-5700 |

*Admitted pro hac vice*

**Attorneys for Plaintiffs and the Putative Class**