**MEMO ENDORSED**

## FOLKENFLIK & McGERITY
### ATTORNEYS AT LAW
1500 BROADWAY
NEW YORK, NEW YORK 10036

WRITER'S E-MAIL: MFOLKENFLIK@FMLAW.NET

TELEPHONE: 212-757-0400
FAX: 212-757-2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/12
```

September 13, 2012

<u>Via FedEx</u>

Honorable Richard M. Berman
United States District Court, SDNY
Daniel Patrick Moynihan
United States Courthouse Courtroom 21B
500 Pearl Street
New York, NY 10007-1312


RECEIVED
SEP 14 2012
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Re: **In re Deloitte & Touche, LLP Overtime Litigation - 11-cv-02461 (RMB) (KNF)**

Dear Judge Berman:

I am writing in reference to the Amended Stipulation and Protective Order endorsed by Your Honor on July 30, 2012 [Doc. 173]. The Order as signed inadvertently failed to include Exhibit A (Agreement to Be Bound by Protective Order), a copy of which is enclosed.

I respectfully request that the Court order by letter endorsement to this letter that the Exhibit A enclosed in my letter shall be Exhibit A to the Amended Stipulation and Protective Order.

Respectfully,

Max Folkenflik
Max Folkenflik

MF/ag
Enclosure
cc:   Peter A. Walker, Esq. *(via e-mail)*
      Christopher Lowe, Esq. *(via e-mail)*
      H. Tim Hoffman, Esq. *(via e-mail)*
      Justin M. Swartz, Esq. *(via e-mail)*
      Ossai Miazad, Esq. *(via e-mail)*

Application granted. Exhibit A, attached to this letter shall be Exhibit A to the Amended Stipulation and Protective Order [#173], filed 7/30/12.

ORDERED:
Date: 9/17/12             Richard M. Berman
                          Richard M. Berman, U.S.D.J.

# EXHIBIT A

## ACKNOWLEDGMENT
## AND
## AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

I, _____, of _____

_____, declare under penalty of perjury that I have read in its entirety and understand the Amended Stipulation and Protective Order Governing the Protection of Confidential Information that was issued by the United States District Court for the Southern District of New York on July 30, 2012, in the case of *In re Deloitte & Touche, LLP Overtime Litigation*, 1: 11-cv-02461 (RMB)(KNF). I agree to comply with and to be bound by all the terms of this Amended Stipulation and Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Amended Stipulation and Protective Order to any person or entity except in strict compliance with the provisions of this Order. I further agree to submit to the jurisdiction of the United States District Court for the Southern District of New York for the purpose of enforcing the terms of this Amended Stipulation and Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____