SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5570

Writer's e-mail
pwalker@seyfarth.com

Writer's direct fax
(917) 344-1254

WASHINGTON, D.C. SYDNEY SHANGHAI SAN FRANCISCO SACRAMENTO NEW YORK MELBOURNE LOS ANGELES LONDON HOUSTON CHICAGO BOSTON ATLANTA

December 22, 2014

**BY ECF**

The Honorable Richard M. Berman
United States District Court for
the Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

**Re:** ***In Re Deloitte & Touche LLP Overtime Litigation***
**11-cv-02461; 12-cv-04290; 13-CV-0644 (RMB)(KNF)**

Dear Judge Berman:

This firm is counsel to defendants in the above-referenced consolidated action. I am writing on behalf of all counsel to advise the Court that the parties have reached a settlement in principle on all issues in and all parties to the consolidated action. The effectuation of this settlement will result in dismissal of the entire consolidated action. Subject to Your Honor's approval, and based on recent case law, the parties' agreement is as follows:

- the named plaintiffs will agree to dismiss all of their claims with prejudice and without payment by defendants to any plaintiff.
- the certified class will be decertified, the opt-in plaintiffs' claims will dismissed without prejudice and these opt-in plaintiffs will have right to bring individual actions against defendants within sixty days of receiving a Court approved notice. The FLSA statute of limitations on the opt-in plaintiffs' claims will remain tolled during the sixty-day period.
- Defendants agree not to seek costs against plaintiffs.
- the parties shall bear their own legal fees.

The parties are now in the process of drafting a settlement agreement, a joint motion for approval of this agreement, a proposed notice to the opt-in plaintiffs and related papers, for review and approval by Your Honor. We expect to have all the settlement papers to Your Honor in early January 2015.

18713360v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

After the Court has had an opportunity to review the settlement, the parties request that the Court schedule and hold a hearing to approve the settlement and a notice to the opt-in plaintiffs under the Fair Labor Standards Act of 1938, as amended decertifying the conditional class. There is no certified class under Rule 23 of the Federal Rules of Civil Procedure.

Thank you for the Court's consideration of this settlement and our request for a hearing.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Peter A. Walker*
Peter A. Walker

cc: Counsel for All Parties (via ECF)

18713360v.1